UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
**FILED**

MAR 1 1 2005

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 04-317 - KSF

SHIELD ENVIRONMENTAL
  ASSOCIATES, INC.                                       PLAINTIFF

VS.                          - ORDER -

INTERNATIONAL ENERGY AND                       DEFENDANTS
  RESOURCES, INC., and
INTERNATIONAL ENERGY AND
  RESOURCES, INC., as
  Managing Venturer of the
  CHASTAIN JOINT VENTURE I

\* \* \* \* \* \* \*

      IT IS ORDERED that counsel for the parties shall file a Joint Status Report regarding the current status of this case within TWENTY (20) DAYS of the filing of this Order.

      This the 10TH day of March, 2005.

                                                  _/s/ KSF_
                                      KARL S. FORESTER, CHIEF JUDGE