UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
**FILED**

APR 0 1 2005

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 04-317 - KSF

SHIELD ENVIRONMENTAL
  ASSOCIATES, INC.                                                PLAINTIFF

VS.                              - ORDER -

INTERNATIONAL ENERGY AND                                          DEFENDANTS
  RESOURCES, INC., ET AL

\* \* \* \* \* \* \*

On March 11, 2005, the Court entered an Order for the parties to file a Joint Status Report regarding the current status of this case. On March 28, 2005, the parties filed a Joint Status Report herein advising the Court that they are arbitrating their disputes as ordered by this Court and that the arbitration will be concluded within the next 60 to 90 days.

The Court having considered this matter, and being sufficiently advised;

IT IS NOW THEREFORE ORDERED HEREIN that the parties shall file an updated Joint Status Report no later than July 1, 2005.

This the 1st day of April, 2005.

_KSF_
_____
KARL S. FORESTER, CHIEF JUDGE